IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

CAROLINA MARADIAGA,

Defendant.

CRIMINAL CASE NO.

1:06-CR-278-02-JEC

## ORDER

The above entitled action is presently before the Court on the Magistrate Judge's Report and Recommendation [78] recommending that the defendant be committed to the custody of the United States Marshals. No Objections to the Report and Recommendation [78] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [78]. The defendant's supervised release shall be custody of the United States Marshals and the defendant shall be **COMMITTED** to the custody of the United States Marshals, to be detained in a facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

SO ORDERED this \_\_\_23\_\_\_ day of JULY, 2010.

_____
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE